USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YURMAN STUDIO, INC. and YURMAN DESIGN INC.,

        Plaintiffs,

  - against -

ELLEN CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

**SCHEDULING ORDER**

07 Civ. 1241 (SAS)

------------------------------------------------------------X

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION INC., GUCCI AMERICA INC., and BULGARI S.p.A.,

        Plaintiffs,

  - against -

ELLEN CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

07 Civ. 7862 (SAS)

------------------------------------------------------------X

1

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties are directed to comply with the following schedule for pre-trial submissions. These deadlines will be strictly enforced:

Joint Pre-Trial Order

Plaintiffs are directed to send their portion of the Joint Pre-Trial Order to defendants no later than March 27, 2009. Defendants must complete the Joint Pre-Trial Order and send it back to plaintiffs by April 3, 2009. The parties are directed to submit the Joint Pre-Trial Order to the Court no later than April 6, 2009.

Motions in Limine

Plaintiffs' motions in limine, if any, are due on March 27, 2009. Defendants' responses are due on April 4, 2009. Plaintiffs' replies are due on April 10, 2009. Defendants' motions in limine, if any, are due on April 3, 2009. Plaintiffs' responses are due on April 10, 2009. Defendants' replies are due on April 17, 2009.

Requests to Charge

Plaintiffs are directed to submit their requests to charge by April 13, 2009. Any objections or additions by defendants are due no later than April 20, 2009.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 24, 2009

## - Appearances -

**For Plaintiffs:**

Louis S. Ederer, Esq.
John Maltbie, Esq.
Matthew T. Salzmann, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

**For Defendants:**

Paul Felix Millus, Esq.
Snitow Kanfer Holtzer & Millus LLP
575 Lexington Avenue
New York , New York 10022
(212) 317-8500