UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YURMAN STUDIO, INC. and YURMAN DESIGN INC.,

        Plaintiffs,

  - against -

ELLEN CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

------------------------------------------------------------------X

CARTIER, a division of RICHEMONT NORTH AMERICA, INC., CARTIER INTERNATIONAL, N.V., CARTIER CREATION STUDIO, S.A., VAN CLEEF & ARPELS S.A., VAN CLEEF & ARPELS, INC., VAN CLEEF & ARPELS DISTRIBUTION INC., GUCCI AMERICA INC., and BULGARI S.p.A.,

        Plaintiffs,

  - against -

ELLEN CASTANEDA and EJEWELER LLC d/b/a OVERSTOCKJEWELER.COM,

        Defendants.

------------------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

07 Civ. 1241 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/09

07 Civ. 7862 (SAS)

1

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

IT IS ALSO HEREBY ORDERED that the Preliminary Injunction entered by this Court on October 31, 2008 will continue to remain in effect until settlement has been finalized and this Court orders that it be lifted.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 22, 2009

- **Appearances** -

**For Plaintiffs:**

Louis S. Ederer, Esq.
John Maltbie, Esq.
Matthew T. Salzmann, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000

**For Defendants:**

Paul Felix Millus, Esq.
Snitow Kanfer Holtzer & Millus LLP
575 Lexington Avenue
New York , New York 10022
(212) 317-8500